```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TRUSTEES OF THE FULTON FISH MARKET          :
PENSION FUND and TRUSTEES OF THE FULTON     :
MARKET WELFARE FUND,                        :
                                            :
                Plaintiffs,                 :
                                            :    25 Civ. 1176 (JPC)
        -v-                                 :
                                            :         ORDER
CALEB HALEY & CO., LLC and KWANG OK AN,     :
                                            :
                Defendants.                 :
                                            :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 10, 2025, Plaintiffs initiated this action and filed a motion for a temporary restraining order. Dkts. 1, 5-9. Plaintiffs shall serve Defendants, by overnight mail, with a copy of (1) the summons and complaint, (2) its motion for a temporary restraining order and all supporting papers, and (3) this Order. Plaintiffs shall file proof of service on the docket no later than February 12, 2025. Defendants shall file their opposition, if any, to the temporary restraining order by February 17, 2025. The parties shall appear before the Court for a hearing on the motion on February 24, 2025, at 10:00 a.m., in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: February 10, 2025
       New York, New York

                                            _____
                                                   JOHN P. CRONAN
                                               United States District Judge