

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Adrianna R. Grancio**
Partner
agrancio@vandallp.com

February 10, 2025

> The request is granted. The hearing originally scheduled for February 24, 2025, is rescheduled to February 25, 2025, at 10:00 a.m.
>
> SO ORDERED
> February 11, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Court

**VIA ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Trustees of the Fulton Fish Market Pension Fund et al. v. Caleb Haley & Co., LLC et al*, **25 CV 1176 (JPC)**

Dear Judge Cronan:

This firm represents the Plaintiffs in the above-referenced action. We write in accordance with Rule 3.B of your Honor's Individual Rules and Practices in Civil Cases to respectfully request an adjournment of the hearing on Plaintiffs' request for a temporary restraining order scheduled for Monday February 24, 2025 at 10:00 a.m. *See* ECF Doc. No. 12.

Plaintiffs' counsel has an immovable medical appointment that morning at 8:00 a.m. in Morristown, New Jersey[1]. Plaintiffs have been told to anticipate 2-3 hours for the appointment. Because of the time and distance, Plaintiffs' respectfully request that the hearing be adjourned to February 25, 2025, or the earliest time thereafter convenient for the Court. This is the first request for an adjournment. Plaintiffs have not obtained Defendants' consent as they have not yet appeared in this action.

We thank the Court for its time and attention to this matter.

---

[1] Due to the sensitive nature of the appointment, counsel has refrained from disclosing the same but can provide the Court with additional information in a confidential communication if necessary.



                                                Respectfully submitted,

                                                */s/Adrianna R. Grancio*

                                                Adrianna R. Grancio, Esq.

Cc: Caleb Haley & Co., LLC (*via overnight mail*)

    Kwang Ok An (*via overnight mail*)