```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TRUSTEES OF THE FULTON FISH MARKET                                     :
PENSION FUND and TRUSTEES OF THE FULTON                                :
MARKET WELFARE FUND,                                                   :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :      25 Civ. 1176 (JPC)
        -v-                                                            :
                                                                       :             ORDER
CALEB HALEY & CO., LLC and KWANG OK AN,                                :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 10, 2025, Plaintiffs initiated this action and filed a motion for a temporary restraining order and preliminary injunction. Dkts. 1, 5-9. The parties are scheduled to appear before the Court for a hearing on Plaintiffs' motion on February 25, 2025. By 5:00 p.m. on February 24, 2025, Plaintiffs shall file a letter regarding (1) whether they have presented any evidence as to Defendant Kwang Ok An's role with respect to Caleb Healey & Co., LLC, including whether he exercised the requisite level of control over the fund's assets for purposes of assessing whether injunctive relief should apply to him, and (2) if not, whether the Court may rely on allegations contained in the Complaint, without supporting evidence, when assessing a motion for a preliminary injunction.

SO ORDERED.

Dated: February 23, 2025
      New York, New York

_____
JOHN P. CRONAN
United States District Judge